1

2                               **UNITED STATES DISTRICT COURT**

3                                    **DISTRICT OF NEVADA**

4                                              ***

5    PAUL E. DAVIS,

6                                     Plaintiff,                    2:14-cv-00679-MMD-VCF

7    vs.
                                                                   **MINUTE ORDER**
8    T. ROBICHAUD, et al.,

9                                    Defendants.

10          On June 6, 2014, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis* (#1)

11   and ordered the Clerk of Court to file the complaint but did not instruct the Clerk to issue the summons

12   or provide the U.S. Marshals with copies of the complaint.

13          Accordingly,

14          IT IS HEREBY ORDERED that the Clerk of the Court will make five copies of the complaint

15   (#7), issue summons to defendants T. Robichaud, A. Brosnahad, K. Frampton, H. Sandoval, and Amber

16   Craig, deliver the same to the U.S. Marshal for service, and send five blank copies of the USM-285 form

17   to the plaintiff.

18          IT IS FURTHER ORDERED that the plaintiff will have twenty (20) days to furnish to the U.S.

19   Marshal the required USM-285 forms.  Within twenty (20) days after plaintiff receives copies of the

20   completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court stating if

21   defendants were served.  If the plaintiff wishes to have the U.S. Marshal attempt service again on

22   defendants, then a motion must be filed with the court.

23          All else as stated in the Amended Order and Report and Recommendation (#6) remains the same.

24          DATED this 23rd day of June, 2014.

25                                                         _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE