# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

PAUL E. DAVIS,

              Plaintiff,

vs.

T. ROBICHAUD, *et al.,*

              Defendants.

2:14-cv-00679-MMD-VCF

**ORDER**

Before the court are Plaintiff's Motion for the Court to Provide New Summons (#10) and Motion for the Court to Subpoena Necessary Information (#11).

On June 23, 2014, the court ordered Clerk of Court to issue summons to defendants T. Robichaud, A. Brosnahad, K. Frampton, H. Sandoval, and Amber Craig and deliver the same to the U.S. Marshal for service. (#8).   On the same day, the Clerk of Court issued summons to defendants T. Robichaud, A. Brosnahad, K. Frampton, H. Sandoval, and Amber Craig and deliver the same to the U.S. Marshal for service. (#9).  Thus, plaintiff's motion for the court to provide new Summons is denied as moot.

In plaintiff's motion for the court to subpoena necessary information, plaintiff requests the court to subpoena information from defendants. (#11).  This motion is prematurely filed as discovery has not commenced.  Plaintiff's motion for the court to subpoena necessary information (#11) is denied without prejudice.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for the court to provide new Summons is DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for the court to subpoena necessary information (#11) is DENIED without prejudice.

DATED this 17th day of July, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE